UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT

CASE NO. 05-02

ERIC L. THOMPSON,                                                                    PLAINTIFF,

VS:

NORTH AMERICAN STAINLESS, LP,                                              DEFENDANT.

## AGREED ORDER OF DISMISSAL

The Court having been advised by the parties of their agreement by which all claims which have been, or which could have been, asserted in this action have now been fully and finally compromised; the Court noting the consent of the parties to the entry of this dismissal by the signatures of their respective counsel hereinbelow; and the Court being otherwise duly advised;

IT IS HEREBY ORDERED that this action, including all claims asserted or which could have been asserted herein, is hereby dismissed with prejudice, each party to bear his/its costs in this matter.

IT IS SO ORDERED this _____ day of March, 2011.

HAVE SEEN AND AGREED TO BY:

/s/ Leigh Gross Latherow
Leigh Gross Latherow
Counsel for North American Stainless

/s/ David O'Brien Suetholz
David O'Brien Suetholz
Counsel for Eric Thompson